# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RICHARD WARREN HAYES,  ) Case No. CV 09-6366 JSL (JCG)
        Petitioner,  )
        v.  ) **JUDGMENT**
J. HARLEY, Warden,  )
        Respondent.  )

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: 4/20/11

_Spencer Letts_

_____
HON. J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE

1